UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DENT DOCTOR, INC.,

       Plaintiff,

    v.                                         Case No. 2:14-cv-1112

DENT CLINIC, INC. and MIKE
HENNEBERRY,

       Defendants.

---

## CONSENT DECREE AND ORDER

---

This Consent Decree and Order ("Decree") is made and entered into this 4th day of May, 2015 ("Effective Date"), by and between, Plaintiff Dent Doctor, Inc. and Defendants Dent Clinic, Inc. and Mike Henneberry. "Parties" shall mean the Plaintiff and the Defendant.

1.    Defendants agree that by July 1, 2015, Defendants, their agents, or anyone else working with or on behalf of the Defendants will cease use of and will make no future use of the following registered word and design marks: United States Trademark Registration Numbers 1,573,853; 2,225,962; 2,940,379; 4,241,583; 4,241,585; and 4,241,627; and the names "Dent Doctor," "Dent Doctor Rx," and "Dent Dr." or anything confusingly similar thereto.

2.    The Parties agree that Dent Doctor, Inc.'s bond shall be released.

3.    This Court shall retain jurisdiction over this case for the sole purpose of enforcing the terms of this Decree and Order and the settlement agreement between the parties. In the event of a dispute between the Parties, the Parties agree to submit themselves to the jurisdiction of the U.S. District Court for the Eastern District of

Wisconsin.  The Parties further waive any objection on the grounds of lack of personal jurisdiction or venue to the exercise of such jurisdiction now or in the future.

4.    <u>Final Judgment:</u>  Upon entry, this Decree constitutes a final judgment under Fed. R. Civ. Pro. 54 and 58.

**SO ORDERED** THIS 5th DAY OF May, 2015.

s/ Lynn Adelman

_____
Honorable Lynn Adelman
United States District Court Judge

QB\34865209.1

The undersigned parties, as indicated below, enter into this Consent Decree:

Dated this 4th day of May, 2015.                    Dated this 4th day of May, 2015.


s/ Robert B. Corris (with consent)                  s/ Johanna M. Wilbert
Robert B. Corris                                    Daniel M. Janssen
ROBERT B. CORRIS, S.C.                              Johanna M. Wilbert
W309 N6399 Lakeview Lane, Suite 100                 Michael T. Piery
Hartland, WI 53029                                  QUARLES & BRADY LLP
Tel: 414-272-8000                                   411 East Wisconsin Avenue, Suite 2350
Fax: 414-755-7050                                   Milwaukee, WI 53202-4497
E-mail:  rcorris@corrislaw.com                      Telephone:  414-277-5000
                                                    Fax:  414-978-8942
Adam L. Brookman                                    E-mail:  dmj@quarles.com
Kyle M. Costello                                    E-mail:   johanna.wilbert@quarles.com
BOYLE FREDRICKSON, S.C.                             E-mail:  michael.piery@quarles.com
840 N. Plankinton Ave.
Milwaukee, WI 53203                                 *Attorneys for Plaintiff, Dent Doctor, Inc.*
Tel: 414-225-9755
Fax: 414-225-9753
E-mail:  abrookman@boylefred.com
E-mail:  kmc@boylefred.com

*Attorneys for Defendants, Dent Clinic, Inc. and*
*Mike Henneberry*

QB\34865209.1