UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DENT DOCTOR, INC.,

    Plaintiff,

v.                                               Case No. 2:14-cv-1112

DENT CLINIC, INC. and MIKE HENNEBERRY,

    Defendants.

**ORDER**

Upon considerations of the Parties' Consent Decree, **THE COURT FINDS AS FOLLOWS:**

    **IT IS HEREBY ORDERED** the Consent Decree (Doc. 62) is approved and entered, and the Parties are directed to comply with the terms thereof.

    **IT IS FURTHER ORDERED** that this action is dismissed with prejudice, including dismissal of the pending contempt motion, each side to bear its own fees and costs.

    **IT IS FURTHER ORDERED** that the Court retains jurisdiction over this matter to enforce the terms of the Consent Decree as necessary until October 31, 2015.

    **IT IS FURTHER ORDERED** that Plaintiff's bonds totaling $50,000 be released to Plaintiff. The Clerk shall make this amount payable to Dent Doctor, Inc. at 11301 West Markham, Little Rock, Arkansas 72211.

    Dated this 5th day of May, 2015.

                                                    s/ Lynn Adelman
                                                    _____
                                                    Judge Lynn Adelman
                                                    U.S. Federal Judge